IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH RAY PITTS** **PLAINTIFF**
**ADC #085938**

VS. 4:21-cv-00228 BRW

**INTERNAL REVENUE SERVICE,** *et al.* **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 25th day of March, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE